

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00307-CV

Gabriela **HOYOS**,
Appellant

v.

Massoud **FAGGHI**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV00434
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c). Costs of appeal are taxed against appellant.

SIGNED October 9, 2024.

_____
Liza A. Rodriguez, Justice